No. 60. McDonald v. The Floridian et al. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit; and

No. 360. DiStasio v. Massachusetts. Petition for writ of certiorari to the Superior Court in and for the County of Middlesex, Massachusetts. October 11, 1937. The motions for leave to proceed on typewritten petitions and records are denied for the reason that the Court, upon examination of the papers herein submitted finds no grounds upon which writs of certiorari should be issued. The petitions for writs of certiorari are therefore also denied. *Mr. John P. Hannon* for petitioners, and *Messrs. Wallace McCamant* and *W. Lair Thompson* for respondents, in No. 60. *Mr. Frank DiStasio, pro se,* and *Mr. James J. Ronan* for respondent, in No. 360. Reported below: No. 60, 88 F. (2d) 289; No. 360, 8 N. E. (2d) 923.

No. 212. Demarois v. Farrel, U. S. Marshal, et al. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit, and motion for leave to proceed further *in forma pauperis,* denied for the reason that the Court, upon examination of the papers herein submitted, finds that the application for a writ of certiorari was not made within the time provided by law. Act of February 13, 1925, § 8 (a), 43 Stat. 936, 940. *Alfred Demarois, pro se.* No appearance for respondents.

No. 110. Combs, Administrator, v. Richford Savings Bank & Trust Co. et al. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Birney F. Combs, pro se.* No appearance for respondents.